=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------

No. 237  SSM 28
Mary T. Heltz,
          Appellant,
        v.
Bruce S. Barratt et al.,
          Respondents.

          Submitted by Scott R. Hapeman, for appellant.
          Submitted by Andrew J. Kowalewski, for respondents.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, with costs.  Plaintiff failed to produce
admissible evidence raising a triable issue of fact concerning
whether defendant Barratt had an opportunity to avoid the
collision.  Chief Judge Lippman and Judges Read, Smith, Pigott,
Rivera and Abdus-Salaam concur.

Decided December 17, 2014